

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Sandu Fumea,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:24-mj-00350-DUTY<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant_ , IT IS ORDERED that a detention hearing is set for _August 14,_ , _2024_ , at _2:00_ ☐ a.m. / ☒ p.m. before the Honorable _JOHN D. EARLY_ , in Courtroom _6A_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _August 13, 2024_    _JOHN D. EARLY_ /s/ John D. Early
U.S. ~~District Judge~~/Magistrate Judge